E-FILING    FILED

Joseph P. Russionello
United States Attorney
450 Golden Gate Ave (11th Floor)    JUN -5 2008
San Francisco, CA 94102
Telephone: (415) 436-7200
                                    CLERK
                                    NORTHERN DISTRICT ...IFORNIA
Attorneys for the United States        SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08-70329 RS |
| Plaintiff, ) | |
| ) | NOTICE OF PROCEEDINGS ON |
| v. ) | OUT-OF-DISTRICT CRIMINAL |
| ) | CHARGES PURSUANT TO RULES |
| Y, Chuch Ren ) | 5(c)(2) AND (3) OF THE FEDERAL RULES |
| ) | OF CRIMINAL PROCEDURE |
| Defendant. ) | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on 6/5/08, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☐ Indictment    ☐ Information    ☒ Criminal Complaint    ☐ Other_____

pending in the _____ District of Connecticut, Case Number _____.

In that case, the defendant is charged with a violation(s) of Title(s) 18 United States Code, Section(s) 371 & 554

Description of Charges: Conspiracy to engage in illegal exportation of goods

                                    Respectfully Submitted,
                                    Joseph P. Russionello
                                    UNITED STATES ATTORNEY

Date: 6/5/08
                                    Assistant U.S. Attorney

1

Criminal Complaint

# United States District Court

## FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V.

YI CHIEH REN

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ____December 2007____ in ____New Haven____ county, in the District of Connecticut, defendant(s) did (Track Statutory Language of Offense)

Conspire to engage in illegal exportation of goods

in violation of Title ____18____, United States Code, Section(s) ____371 & 554____.

I further state that I am a(n) ____Special Agent with Defense Crim. Inv. Service____ and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.    ☒ Yes    ☐ No

Signature of Complainant

Sworn to before me, and subscribed in my presence,

May 30, 2008                                              at    New Haven, Connecticut
Date                                                           City and State

Hon. Mark R. Kravitz
United States District Judge
Name & Title of Judicial Officer                               Signature of Judicial Officer

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STATE OF CONNECTICUT        :
                            :    ss: New Haven, April 10, 2008
COUNTY OF NEW HAVEN         :

AFFIDAVIT

I, Andrew Dunphy, being duly sworn, depose and state as follows:

1. I am employed as a Special Agent for the Defense Criminal Investigative Service ("DCIS") and have been so employed since December 2004. Prior to joining DCIS, I was a criminal investigator with other federal agencies for twelve years. As a criminal investigator for over fifteen years, I have been involved in investigations related to computer crimes and theft/diversion of government property. I have gained expertise in the conduct of such investigations through training in seminars, classes, and everyday work related to conducting these types of investigations.

2. Together with other law enforcement officers, I am investigating a conspiracy, in violation of Title 18, United States Code, Section 371, regarding the illegal export of military technology, in violation of Title 18, United States Code, Section 554. As described more fully below, the investigation has established probable cause to believe that an individual in Taiwan identifying himself as "Po-Hsiung Huang" (Huang) conspired with an individual in the United States

identified as YI CHIEH REN, a/k/a "Vanessa Chu," a/k/a "Yi Chieh Chu," to illegally export an Advanced Combat Optical Gunsight ("ACOG") from the United States to Taiwan. The investigation has further established probable cause to believe that REN engages in the criminal activity from her residence, located at 3178 Fernside Square in San Jose, California.

3. This affidavit is submitted in support of the Government's application for a warrant to arrest YI CHIEH REN, a/k/a "Vanessa Chu," a/k/a "Yi Chieh Chu."

4. The facts set forth in this affidavit are based on information that I have obtained from my personal involvement in the investigation and from other law enforcement officers who have been involved in this investigation, on documents that I have reviewed, and on my training and experience. Because this affidavit is being submitted for a limited purpose, I have not set forth all of the information known to me concerning this investigation. Instead, I have set forth information that I believe to be sufficient to establish probable cause for the issuance of an arrest warrant. Where I have reported statements made by others or from documents that I have reviewed, those statements are reported in substance and in part, unless otherwise indicated.

## THE INVESTIGATION

5. This investigation is being jointly conducted by ICE, the United States Department of Defense, Defense Criminal Investigative Service ("DCIS"), and the United States Postal Inspection Service ("USPIS"). I am the DCIS case agent responsible for this investigation. The investigation has involved the use of an undercover law enforcement agent ("UCA").

### Initial Undercover Purchases

6. eBay is an Internet site that provides an online marketplace to bring together buyers and sellers of various goods and services.

7. In July 2007, the UCA learned that an individual on eBay, using the account "hl507," was offering to sell an AN/PVS-7B Generation 3 Night Vision Goggle (NVG). The seller indicated that he was in Taiwan. According to the seller, the NVG was equipped with an MX10130 image intensifier tube. The seller also indicated that he had both Generation 3 and Generation 4 image intensifier tubes for sale, as well as both new and used PVS-7 NVGs. Finally, the seller indicated that he preferred not to sell to a U.S. buyer.

8. According to information provided to me by DCIS, the Northrop Grumman Corporation manufactures the AN/PVS-7 NVG for the U.S. Army through one of its subsidiaries, the Litton Corporation. The AN/PVS-7 is a lightweight, high-performance,

3

third-generation image intensifier system. The goggle assembly is a head-mounted, self-contained, night-vision system containing one binocular unit consisting of an objective lens assembly, an image intensifier tube, a housing assembly, and a binocular eyepiece assembly. The image intensifier tube is the heart of the night-vision system. Low levels of ambient light are amplified and projected onto a phosphorous screen, where the image is viewed by the operator.

9. Night vision technology is placed into one of four classifications based upon the quality of the technology: First Generation, which is the oldest and thus poorest quality, through Fourth Generation, also known as "Third Generation Enhanced." The AN/PVS-7B NVG is an earlier version of the current version, known as the PVS-7D; both are rated as Third Generation. The MX10130 is a model number used by Northrop to identify the Third Generation image intensifier tube installed in the PVS-7 models. I know from my training and experience that Third Generation night-vision equipment is typically subject to export controls under ITAR ("International Trafficking in Arms Regulations").

10. On or about July 23, 2007, the UCA contacted the individual selling the AN/PVS-7B through eBay. The seller responded, identifying himself as "Huang," using the email address "sephier28@yahoo.com.tw." After further negotiations, the UCA agreed to purchase a new Generation 4 AN/PVS-7D from

4

Huang for $5940.00, which included shipping from Taiwan to an undercover drop in Germany.

11. On or about August 7, 2007, the AN/PVS-7D was delivered to the undercover mail drop in Germany. DCIS agents in Germany then shipped the package to DCIS in Connecticut. The return address on the package identified the sender as "Po-Hsiung Huang, 6F-1 No. 47, Liu Zhou St, Taipei, Taiwan."

12. DCIS agents sent the AN/PVS-7D to Northrop Grumman to determine whether the unit was manufactured by Northrop Grumman and to determine the technical capabilities of the unit. According to information provided by Northrop Grumman, the image intensifier tube in the unit was Third Generation night-vision technology, was manufactured by Northrop Grumman for the U.S. Army, and is not available commercially. In addition, the tube was one of a shipment of over 200 spare image intensifiers delivered to the U.S. Defense Distribution Depot in San Joaquin, California in February 2007.

13. Based on its delivery date to the U.S. Army and the sensitive nature of the technology involved, I believe that the image intensifier tube within the AN/PVS-17D sold by Huang was stolen from the U.S. military.

14. From on or about October 11, 2007 through on or about December 14, 2007, the UCA purchased the following additional items from Huang, all of which were shipped from

5

Taiwan to the undercover mail drop in Germany: a second AN/PVS-7 night-vision goggle, an AN/PEQ-2A infrared aiming laser, and an AN/PVS-17 weapon-mounted night-vision sight. Based on records maintained by the U.S. military and records provided to DCIS by the manufacturers, it appears that those items or components within those items were stolen from the U.S. military.

Purchase of the ACOG

15. In or about December 2007, the UCA negotiated the purchase of a Trijicon ACOG from Huang with the understanding that one of his associates in the United States would purchase the ACOG and ship it to Taiwan so that Huang could deliver the ACOG to Germany. During the negotiations, the UCA informed Huang that the ACOG is subject to the International Trafficking in Arms Regulations ("ITAR") and thus requires an export license from the Department of State.

16. After the ACOG was received at the undercover mail drop in Germany, it was shipped to DCIS in Connecticut. DCIS agents received the ACOG in Connecticut on January 7, 2008. The shipping container that Huang used to ship the ACOG was a USPS Priority Mail box turned inside out. The interior of the box (actually the exterior of the USPS Priority Mail box) reflected a US postmark indicating that the box was shipped from San Jose, CA on December 26, 2007. From information contained on the postmark and based on the destination address in Taiwan, the U.S. Postal

6

Service was able to obtain copies of the shipping label and US Customs Declaration associated with this shipment, confirming that the package originated in the U.S. and was destined for Huang in Taiwan. The sender was identified as "Y.C. Ren, 2877 Westberry Drive, San Jose, CA" with a telephone number of 865-591-8718. The Customs declaration identified the contents of the package as a "telescope" intended as a "gift" and valued at $120.00. The Customs Declaration was signed by "Yi Chieh Ren." Furthermore, additional information contained on the exterior of the USPS Priority Mail box indicated that the box was originally shipped from "G&R Tactical, 5002 New Cumberland Road NE, Mineral City, OH" to "Vanessa Chu, 2877 Westberry Drive, San Jose, CA."

17. According to information provided to DCIS by G&R Tactical, on or about December 17, 2007, G&R Tactical shipped an ACOG to "Yi Chieh Ren, 2877 Westberry, San Jose, CA." The ACOG was purchased through eBay, auction number 110203778452, for a price of $844.00 plus $15.00 shipping and handling. eBay identified the winner of the auction as eBay user name "vanessa305."

18. According to records provided to me by G&R Tactical and by eBay, the auction page for auction number 110203778452 contained the following warning in red letters: "This item cannot be shipped out of the US so please don't even ask." eBay also identified "vanessa305" as Vanessa Chu of 2877

7

Westberry Drive, San Jose, CA, with a contact email address of "ycchu703@hotmail.com." Other names that eBay associated with "vanessa305" are "Yi Chieh Chu" and "Yi Chieh Ren."

19. In sum, it appears that YI CHIEH REN, a/k/a "Vanessa Chu," a/k/a "Yi Chieh Chu," received the ACOG from G&R Tactical and, using the same box, re-shipped the ACOG from San Jose to Huang in Taiwan. Huang then turned the box inside-out and re-shipped the ACOG to the undercover maildrop in Germany.

20. On or about January 24, 2008, the Hon. Joan G. Margolis signed a search warrant authorizing the Government to search the email account "ycchu703@hotmail.com." According to records provided by Microsoft Corp. pursuant to the warrant, an email message dated December 23, 2007 was sent to "ycchu703@hotmail.com" from the email address "sephier28@yahoo.com.tw," *i.e.*, YI CHIEH REN, a/k/a "Vanessa Chu," a/k/a "Yi Chieh Chu," from Huang, which appears to be discussing the export of the ACOG. In the email, Huang wrote: "Oh yeah, when you send it out, please say it is sporting goods or binoculars or something. When you receive it, please check if it has signs of being opened and resealed by customs inspection." In another email message, dated November 19, 2007, REN discussed the purchase of night-vision equipment with Huang and stated that she, rather than Huang, should deal with the distributor "coz this is very strictly prohibited to another country."

8

### Identification of Yi Chieh Ren

21. According to publicly available records, an individual named "Yi Chieh Chu" resided at one time at 2877 Westberry Drive in San Jose, California. Using that individual's Social Security account number, the individual is also known as "Vanessa Chu" and "Yi Cheih Ren."

22. According to records provided to DCIS by Microsoft Corp., the subscriber of the "ycchu703@hotmail.com" identified herself as "Yi Chieh Ren" of "California, 95132." The zip code 95132 includes the address 2877 Westberry Drive in San Jose, California.

23. According to records maintained by Immigration and Customs Enforcement ("ICE"), an individual named "Yi Chieh Ren," DOB July 3, 1970, immigrated to the United States from Taiwan in 1999. In March 2003, she was approved as a lawful permanent resident in the United States. She was married at the time to Chungming CHU. A photograph of YI CHIEH REN, a/k/a "Vanessa Chu," a/k/a "Yi Chieh Chu," obtained from records maintained by ICE, is attached to the proposed warrant.

24. Finally, according to records provided to DCIS by eBay, the eBay user "vanessa305" purchased over 700 items from in or about January 2006 through in or about January 2008, including the ACOG, two night-vision devices, two infrared laser-aiming

9

devices, and other military equipment or components of military equipment.

### The Negotiations to Export Body Armor

25. From in or about January 2008 through in or about April 2008, the UCA communicated with Huang by email concerning Huang's interest in purchasing an "Armor Chassis" manufactured by Crye International ("Crye"). The UCA advised Huang that the Armor Chassis is advanced body armor, not commercially available, sold by Crye to the U.S. military and to U.S. military contractors. The UCA further advised Huang that the UCA could obtain an Armor Chassis stolen from the U.S. Army, but that the UCA would not accept the risk of shipping it to Taiwan because it is controlled for export under ITAR.

26. Huang agreed to arrange for the shipment of the Armor Chassis from the United States to Taiwan. As part of the deal, Huang agreed to have his contact in the United States also ship two ACOGs and two dual-beam aiming lasers (DBALs) on behalf of the UCA, from the United States to Germany via Taiwan.

27. On or about May 24, 2008, Huang sent the UCA an email message with the address of Huang's contact in the United States. The message read, in pertinent part:

> By the way, if you already ship you stuff, please ship
> to this address. If you have tracking number, don't
> forget left to me.
> Vanessa Chu
> 3178 Fernside Square
> San Jose, CA 95132

10

28. According to publicly available records, 3178 Fernside Square in San Jose, California, i.e., the SUBJECT PREMISE, was purchased on or about April 25, 2008 by "Yi Chieh Ren" and Chungming Paul Chu," i.e., YI CHIEH REN, a/k/a "Vanessa Chu," a/k/a "Yi Chieh Chu," and her husband.

### STATUTORY AUTHORITY

29. Title 18, United States Code, Section 554 provides in pertinent part:

> Whoever fraudulently or knowingly exports or sends from the United States, or attempts to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States . . .

shall be guilty of a crime.

### CONCLUSION

30. For the reasons set forth above, there is probable cause to believe, and I do believe, that YI CHIEH REN, a/k/a "Vanessa Chu," a/k/a "Yi Chieh Chu," engaged in a conspiracy, in violation of Title 18, United States Code, Section 371, to illegally export an ACOG, in violation of Title 18, United States Code, Section 554.

31. Because the Government's investigation is continuing, disclosure of the complaint would jeopardize the integrity of the investigation. Accordingly, I request that the

11

Court order that the complaint, including this affidavit, be filed under seal until further order of this Court or other court of competent jurisdiction.

_____
Andrew Dunphy, Special Agent
Defense Criminal Investigative Service


Sworn and subscribed before me
this 30th day of May, 2008.

_____
HONORABLE MARK R. KRAVITZ
UNITED STATES DISTRICT JUDGE

12

Warrant for Arrest

# United States District Court

## FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

YI CHIEH REN

**WARRANT FOR ARREST**

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **YI CHIEH REN** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to engage in illegal exportation of goods

in violation of Title ____18____, United States Code, Section(s) ____371 & 554____

Hon. Mark R. Kravitz
Name of Issuing Officer

[signature]
Signature of Issuing Officer

at

United States District Judge
Title of Issuing Officer

May 30, 2008
New Haven, Connecticut
Date and Location

Bail fixed at $ _____        by _____
                                             Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

