

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**
        **Plaintiff,**
vs.

**YI CHIEH REN**
        **Defendant.**

Case Number
CR __08-mj-70329RS__

**ORDER—CJA CONTRIBUTION(s) DUE**

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

**IT IS HEREBY ORDERED THAT:**

[x]  THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $___100.00___ PER MONTH, until the case is concluded or until further order of the Court, commencing:

    [ ]  That certain date of _____ and the SAME DAY each month thereafter;

    [x]  The first day of ___JULY___ and the FIRST DAY of each month thereafter;

    [x]  MAIL TO:   Clerk, U. S. District Court
                         280 South First Street, Room 2112
                         San Jose, CA. 95113-3095

**Please indicate that this is a CJA payment and include the case number shown above.**

[ ]  THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY:

    [ ]  That certain date of _____;

    [ ]  MAIL TO:   Clerk, U. S. District Court
                         280 South First Street, Room 2112
                         San Jose, CA. 95113-3095

**Please indicate that this is a CJA Payment and include the case number shown above.**

DATED: 6/12/08

_____
RICHARD SEEBORG, U. S. MAGISTRATE JUDGE

cc: Defense Counsel, Defendant, AUSA, Finance Office, Probation