AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA v. Yi Chieh Ren | COMMITMENT TO ANOTHER DISTRICT (DEFENDANT OUT OF CUSTODY) |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 08-MJ-70329RS | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☐ Indictment   ☐ Information   ☒ Complaint   ☐ Other (specify)

charging a violation of 18 U.S.C. § 371 & 554

**DISTRICT OF OFFENSE:** District of Connecticut

**DESCRIPTION OF CHARGES:** Conspire to engage in illegal exportation of goods.

**CURRENT BOND STATUS:**
☒ Bail fixed at 10,000 and defendant is released on bond
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)
Bond, if any, shall be transferred to the District of Offense

**Representation:** ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?** ☐ No   ☒ Yes   Language: Mandarin

8/14/08
Date

Patricia V. Trumbull
United States Judge or Magistrate Judge

FILED SEP 23 2008
CLERK, NORTHERN DISTRICT COURT
SAN JOSE CALIFORNIA

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |